LENA KUNZMANN, Respondent, *v.* THE NEW YORK AND ROCKA-
WAY BEACH RAILWAY COMPANY, Appellant.

*Kunzman* v. *N. Y. & R. B. Ry. Co.*, 11 Misc. Rep. 718, affirmed.
(Submitted January 28, 1898; decided March 1, 1898.)

APPEAL from a judgment of the General Term of the late
City Court of Brooklyn, entered March 26, 1895, affirming a
judgment in favor of plaintiff entered upon a verdict and an
order denying a motion for a new trial.

*W. C. Beecher* for appellant.

*Peter Mahony* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

JOSEPH LESTER WOODBRIDGE et al., Respondents, *v.* JOHN S.
WISE et al., Appellants.

*Woodbridge* v. *Wise*, 85 Hun, 617, affirmed.
(Argued January 28, 1898; decided March 1, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the first judicial department, entered March
20, 1895, affirming a judgment in favor of plaintiffs entered
upon the report of a referee.

*Robert L. Harrison* for appellants.

*Esek Cowen* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting, and MARTIN,
J., not voting.